IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHNNY RAY JONES

                Petitioner,                No.   02:13-cv-02167-JE

      v.

RICK COURSEY,                             ORDER
Superintendent, EOCI

                Respondent.

HERNÁNDEZ, District Judge:

      Magistrate Judge Jelderks issued a Findings and Recommendation [25] on August 7, 2014, in which he recommends that this Court deny the Petition for Writ of Habeas Corpus [1]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because neither party filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). I have reviewed the legal principles *de novo*, and find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [25]. Accordingly, the Petition for Writ of Habeas Corpus [1] is denied. Additionally, the Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 25 day of Sept., 2014.

MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER